**F I L E D**

AUG 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 668 |
| v. ) | |
| ) | Violation: Title 18, United States |
| SCOTT GOLDSTEIN ) | Code, Section 656 |

JUDGE ZAGEL

MAGISTRATE JUDGE DENLOW

The UNITED STATES ATTORNEY charges:

From on or about November 27, 2004, continuing through on or about December 31, 2004, at South Elgin, in the Northern District of Illinois, Eastern Division,

SCOTT GOLDSTEIN,

defendant herein, being an employee of Washington Mutual Bank, South Elgin, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did embezzle, abstract, purloin and willfully misapply approximately $52,000 belonging to and entrusted to the custody and care of Washington Mutual Bank with intent to injure and defraud said bank;

In violation of Title 18, United States Code, Section 656.

_____
UNITED STATES ATTORNEY